IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KHYMANI JAMES,<br><br>            *Plaintiff*,<br><br>     v.<br><br>VIRGINIA FOXX,<br><br>            *Defendant*. | Case No. 1:26-cv-00998-PAE |

NOTICE OF APPEARANCE

I, Andy T. Wang, hereby enter my appearance as counsel in this case for the Honorable Virginia Foxx.  Please send all future notices in this matter to me.

                                                                Respectfully submitted,

                                                                /s/ Andy T. Wang
                                                                ANDY T. WANG (DC Bar No. 1034325)
                                                                   *Associate General Counsel*
                                                                OFFICE OF GENERAL COUNSEL[1]
                                                                U.S. HOUSE OF REPRESENTATIVES
                                                                5140 O'Neill House Office Building
                                                                Washington, D.C. 20515
                                                                (202) 225-9700 (telephone)
                                                                Andy.Wang@mail.house.gov

March 4, 2026                                   *Counsel for Defendant the Honorable Virginia Foxx*

---

[1] Attorneys for the Office of General Counsel for the U.S. House of Representatives are "entitled, for the purpose of performing the counsel's functions, to enter an appearance in any proceeding before any court of the United States or of any State or political subdivision thereof without compliance with any requirements for admission to practice before such court."  2 U.S.C. § 5571(a).