UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

**KHYMANI JAMES,**

       **Plaintiff,**

   -against-

                                          No: 1:26-cv-00998

**VIRGINIA FOXX,**

       **Defendant**
-------------------------------------------------------------x

## PROOF OF SERVICE

   The summons for Virginia Foxx was received by me on February 11, 2026. I served the summons on Virginia Foxx, in her personal and official capacity, by email to Andy T. Wang, associate general counsel of the U.S. House of Representatives, who is designated by law to accept service of process on her behalf, and consented thereto, by email to him at andy.wang@mail.house.gov .

   I then served the summons on the United States government on February 18, 2026, by sending it certified mail to the Civil Process Clerk, U.S. Attorney's Office, Southern District of New York, 86 Chambers Street 3rd floor, New York, NY 10007 and to the United States Department of Justice, 950 Pennsylvania Avenue, N.W., Washington DC 20530, att. Assistant Attorney General for Administration.

   I declare under penalty of perjury that this information is true.

DATED: March 13, 2026

                                                  /s/ Jonathan Wallace
                                                  Jonathan Wallace
                                                  PO #728
                                                  Amagansett NY 11930
                                                  917-359-6234
                                                  jonathan.wallace80@gmail.com
                                                  Counsel for Plaintiff