# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| KHYMANI JAMES,<br><br>*Plaintiff*,<br><br>v.<br><br>VIRGINIA FOXX,<br><br>*Defendant.* | Case No. 1:26-cv-00998-PAE |

## NOTICE OF THE HONORABLE VIRGINIA FOXX'S MOTION TO DISMISS

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 12(b)(1) and (6), and for the reasons set forth in the accompanying Memorandum of Points and Authorities, Defendant the Honorable Virginia Foxx moves for an Order dismissing Plaintiff's Complaint, ECF No. 1.

Respectfully submitted,

*/s/ Matthew B. Berry*
MATTHEW B. BERRY
   *General Counsel*
TODD B. TATELMAN
   *Deputy General Counsel*
ANDY T. WANG
   *Associate General Counsel*
ALICIA GARTEN
   *Assistant General Counsel*

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700 (telephone)
matthew.berry@mail.house.gov

*Counsel for Defendant the Honorable Virginia Foxx*

April 27, 2026

2

**CERTIFICATE OF SERVICE**

I certify that on April 27, 2026, I caused the foregoing document to be filed via this

Court's CM/ECF system, which I understand caused service on all registered parties.

/s/ *Matthew B. Berry*
Matthew B. Berry