MATTHEW BERRY
GENERAL COUNSEL

TODD B. TATELMAN
DEPUTY GENERAL COUNSEL

BROOKS M. HANNER
ASSOCIATE GENERAL COUNSEL

**U.S. HOUSE OF REPRESENTATIVES
OFFICE OF GENERAL COUNSEL**
5140 O'NEILL HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-6532
(202) 225-9700
FAX: (202) 226-1360

SALLY CLOUSE
ASSOCIATE GENERAL COUNSEL

ANDY T. WANG
ASSOCIATE GENERAL COUNSEL

KEN DAINES
ASSISTANT GENERAL COUNSEL

ALICIA GARTEN
ASSISTANT GENERAL COUNSEL

August 3, 2026

**<u>Via ECF</u>**

The Honorable Paul A. Engelmayer
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      **Re: *Khymani James v. Virginia Foxx*, No. 1:26-cv-00998**

Dear Judge Engelmayer:

      Pursuant to Rule 3(N) of this Court's Individual Rules and Practices in Civil Cases, Defendant the Honorable Virginia Foxx writes to notify the Court that her Motion to Dismiss (ECF Nos. 13-14) was fully briefed over 60 days ago, on June 1, 2026, and has not yet been decided.

           Respectfully submitted,

           */s/ Matthew B. Berry*
           MATTHEW B. BERRY
              *General Counsel*
           TODD B. TATELMAN
              *Deputy General Counsel*
           ANDY T. WANG
              *Associate General Counsel*
           ALICIA GARTEN
              *Assistant General Counsel*

           OFFICE OF GENERAL COUNSEL
           U.S. HOUSE OF REPRESENTATIVES
           5140 O'Neill House Office Building
           Washington, D.C. 20515
           (202) 225-9700 (telephone)
           matthew.berry@mail.house.gov

           *Counsel for Defendant the Honorable Virginia Foxx*

cc: All Counsel via CM/ECF